IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00295-CR

 

Ex
parte Miguel Gomez

 

 

 



From the 66th District
Court

Hill County, Texas

Trial Court No. 36,514

 



MEMORANDUM  Opinion










 

            Miguel Gomez filed a writ of
habeas corpus which was denied by the trial court.  Gomez appealed that denial
but has now filed a motion requesting this Court to dismiss the appeal.  Gomez
personally signed the motion to dismiss.

            Accordingly, the appeal is
dismissed.  Tex. R. App. P.
42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed 

Opinion
delivered and filed January 12, 2011

Do
not publish 

[CR25]